**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **CHRISTOPHER LAGOS** ) | |
| Plaintiff, ) | |
| ) | |
| **v.** ) | **Civil Action No. 1:13-cv-11211** |
| ) | |
| ) | |
| **FAIR COLLECTION & OUTSOURCING, INC.**) | |
| Defendant, ) | |

**STIPULATION OF DISMISSAL**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), the Plaintiff Christopher Lagos and the defendant, Fair Collection & Outsourcing, Inc., hereby stipulate to the voluntary dismissal of the above captioned action, with prejudice and each of them to bear their own costs, attorney fees and waiving all rights of appeal. This Stipulation of Dismissal is limited to the Complaint filed by the plaintiff, Christopher Lagos, in this action only. This Stipulation of Dismissal does not apply to any collection action that has been or may be filed against Christopher Lagos by the defendant.

RESPECTFULLY SUBMITTED:

| CHRISTOPHER LAGOS | FAIR COLLECTION & OUTSOURCING, INC. |
|---|---|
| By his attorney, | By its attorney, |
| /s/ Kevin V. K. Crick | /s/ David W. McGough |
| Kevin Crick | David W. McGough |
| BBO # 680950 | BBO # 553069 |
| Consumer Rights Law Firm, PLLC | Long & Leahy |
| 300 Brickstone Square, Suite 902 | 100 Summer Street |
| Andover, Massachusetts, 01810 | 29th Floor |
| Phone: (978) 212-3300 | Boston, MA 02110 |
| Fax: (978) 409-1846 | Phone: (617) 439-4777 |
| Email: kevinc@consumerlawfirmcenter.com | Direct Line: (617) 235-7945 |
| | Email: David.McGough@aig.com |

1

Dated: July 3, 2013

**<u>PROOF OF SERVICE</u>**

We hereby certify that on July 15, 2013, a true copy of the foregoing was filed electronically in accordance with the Court's Electronic Filing Guidelines.  Notice of this filing will be sent to all parties by operation of the court's electronic filing system and electronic email.  Parties may access this filing through the court's system.

<u>/s/ Kevin V. K. Crick, Esq.</u>

<u>/s/ David M. McGough, Esq.</u>